IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

ANGELA NICOLE PAGAN,

        Plaintiff,

v.                                                CIVIL ACTION NO.   3:15-1088

CAROLYN W. COLVIN,
Acting Commissioner of the
Social Security Administration,

        Defendant.

**MEMORANDUM OPINION AND ORDER**

      This action was referred to the Honorable Dwane L. Tinsley, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).  The Magistrate Judge has submitted findings of fact and recommended that the Court grant Plaintiff's Brief in Support of Motion for Judgment on the Pleadings (ECF No. 10), deny Defendant's Brief in Support of Defendant's Decision (ECF No. 12), remand this case to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g) and dismiss this matter from the Court's docket.  Neither party has filed objections to the Magistrate Judge's findings and recommendations.

      Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and **GRANTS** Plaintiff's Brief in Support of Motion for Judgment on the Pleadings (ECF No. 10), **DENIES** Defendant's Brief in Support of Defendant's Decision (ECF No. 12), **REMANDS** this case to the Commissioner for further consideration pursuant to sentence

-2-

four of 42 U.S.C. § 405(g) and **DISMISSES** this matter from the Court's docket, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER: March 18, 2016

_____
ROBERT C. CHAMBERS, CHIEF JUDGE